IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KEVIN HYATT, | * |
| Plaintiff, | * |
| v. | Case No. 3:23-cv-74-TES |
| | * |
| BRIAN JARRETT d/b/a BRIAN JARRETT STATE FARM and BRIAN JARRETT, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of May, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk